JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ASKIA SANKOFA ASHANTI, | ) | No. CV 22-2745-DDP (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ROBERT BURTON, | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus is summarily dismissed for lack of subject matter jurisdiction.

DATED: June 27, 2022

DEAN D. PREGERSON
United States District Judge